

# Fourth Court of Appeals
## San Antonio, Texas

May 9, 2014

No. 04-14-00097-CV

Luis Alfredo **ROSA** and Myrna Lizzet Rosa,
Appellants

v.

**MESTENA OPERATING, LLC**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-12-16486-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

   We **grant** appellants' motion for extension of time to file their brief and **order** the brief due **May 30, 2014**.

_____
Luz Elena D. Chapa, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court